# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  Kerry Greem                                         Case No.  17-13040
                              Debtor(s)                    Chapter   13

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   a. For legal services, prior to filing the instant Bankruptcy, I have received the following amount from the Debtor(s), minus the below filing fees and case costs as stated in paragraph 5(d)  $  2,200.00

   b. Prior to the filing of this statement I have received the following compensation after filing fees and case costs were paid  $  1,810.00

   c. Balance Due  $  **To be determined by Fee Application**

2. The source of the compensation paid to me was:
   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:
   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agareed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Filing Fees & Case Costs:**
      **Single Filer: $310.00 (for Court filing fees), $40 (Credit Counseling and Debtor Education), $40 (Credit Report).
      TOTAL: $390.00**

      **Joint Filers: $335.00 (for Court filing fees), $40 (Credit Counseling and Debtor Education), $80 (Joint Credit Report).
      TOTAL: $455.00**

   **Legal services related to the instant Bankruptcy will be billed at an hourly rate of $335.00 for attorney time and $125.00 for paralegal time as set forth in the attorney client fee agreement.**

   **The retainer paid by the Debtor(s) prior to filing of the instant matter, minus filing fees and costs (as stated in paragraph 1(b) hereinabove), shall be credited to the total legal fees expended on the subject Chapter 13 case prior to Confirmation. Any fee balance shall be recouped by way of an Application for Compensation filed with the Honorable Bankruptcy Court.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Chapter 13 Bankruptcy Services required after Confirmation of the Chapter 13 Plan.**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 5th, 2017**
*Date*

**/s/ Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
*Signature of Attorney*
**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008  Fax: 215-545-0611**
**brad@sadeklaw.com**
*Name of law firm*