United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13040-elf
Kerry Green Chapter 13
Kerry Green
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: JEGilmore Page 1 of 1 Date Rcvd: Oct 11, 2017
 Form ID: 155 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.
db +Kerry Green,   MAILING ADDRESS,   3131 Knorr Street,   Philadelphia, PA 19149-2612
db +Kerry Green,   4018 Parrish Street,   Philadelphia, PA 19104-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:
 BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com
 MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
 YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
 Certificates Series 2004-R1 bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
 TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kerry Green and Kerry Green
       Debtor(s)

Chapter: 13
Bankruptcy No: 17−13040−elf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 10, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Eric L. Frank
                                          Chief Judge ,
                                          United States Bankruptcy Court

                                                                     24
                                                                 Form 155