United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13040-elf
Kerry Green                                                               Chapter 13
Kerry Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1            Date Rcvd: Feb 28, 2018
                              Form ID: pdf900            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db         +Kerry Green,    MAILING ADDRESS,    3131 Knorr Street,    Philadelphia, PA 19149-2612
db         +Kerry Green,    4018 Parrish Street,    Philadelphia, PA 19104-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 01 2018 02:32:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2018 02:31:19      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 01 2018 02:31:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.macedo@gatewayonelending.com Mar 01 2018 02:31:06
                 Gateway One Lending & Finance, LLC,    160 N. Riverview Dr.,    Suite 100,
                 Anaheim, CA 92808-2293
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com, bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KERRY GREEN<br>**Debtor(s)** | CHAPTER 13 |
| GATEWAY ONE LENDING & FINANCE, LLC<br>**Moving Party** | CASE NO. 17-13040 (ELF)<br>HEARING DATE: **2-27-18 at 9:30 AM** |
| v. | 11 U.S.C. 362 |
| KERRY GREEN<br>**Respondent(s)** | |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Gateway One Lending & Finance, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2007 Cadillac Escalade** bearing vehicle identification number 1GYFK63877R164788 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:  2/28/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**