IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|     Kerry Green : | |
| : | |
| : | Case No.: 17-13040 ELF |
| : | |
| Debtor(s) : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Modify the Plan filed on April 4, 2018 at docket number 41.

Dated: May 16, 2018

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008