United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-13040-elf
Kerry Green                                                         Chapter 13
Kerry Green
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett             Page 1 of 2                 Date Rcvd: May 25, 2018
                               Form ID: pdf900             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db             +Kerry Green,    MAILING ADDRESS,    3131 Knorr Street,    Philadelphia, PA 19149-2612
db             +Kerry Green,    4018 Parrish Street,    Philadelphia, PA 19104-4836
cr             +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13909940       +Aria Health Systems,    PO Box 8500,    Philadelphia, PA 19178-8500
13979005       +CASH NET,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13909942       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13909945       +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                 Syosset, NY 11791-4401
13974518        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13909948      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway,    Suite 150,
                 Marietta, GA 30067)
13909952       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13909954       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13909955       +Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13909956       +Sternrecsvcs,    415 N Edgeworth St Ste 210,    Greensboro, NC 27401-2071
13975149       +The Bank of New York Mellon,    c/o Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9096
13909957       +UPHS PPMC Patient Patient Pay,    PO Box 82414,    Philadelphia, PA 19182-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 26 2018 01:55:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2018 01:54:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2018 01:55:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13909942       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:52:06      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13909944       +E-mail/PDF: creditonebknotifications@resurgent.com May 26 2018 01:51:53      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13909947       +E-mail/Text: bknotice@ercbpo.com May 26 2018 01:55:15     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13909946        E-mail/Text: tropiann@einstein.edu May 26 2018 01:54:40     Einstein Healthcare Network,
                 101 E. Olney Avenue,    Suite 301,    Philadelphia, PA 19120-2470
13909949       +E-mail/Text: jennifer.macedo@gatewayonelending.com May 26 2018 01:54:36
                 Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
13909950       +E-mail/Text: vivian@interstatecredit.net May 26 2018 01:55:25     Intrst Ctc,
                 21 West Fornance St,    Norristown, PA 19401-3300
13947457        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 01:52:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13973072        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 01:51:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13909953       +E-mail/Text: bknotices@mbandw.com May 26 2018 01:55:24     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
13975537        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 01:52:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13909958       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 26 2018 01:54:33
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13948644       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 26 2018 01:57:38      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Gateway One Lending & Finance, LLC,    160 N. Riverview Dr.,    Suite 100,
                 Anaheim, CA 92808-2293
13909943*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13909951*      +Intrst Ctc,    21 West Fornance St,    Norristown, PA 19401-3300
```

```
District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: May 25, 2018
                              Form ID: pdf900          Total Noticed: 29
```

13909941    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012

                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC et al.... pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Gateway One Lending & Finance, LLC    ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     KERRY GREEN, | : | |
|         Debtor | : | Bky. No.  17-13040 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #43 ) is **APPROVED**.

**Date: May 25, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**