United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13040-elf
Kerry Green                                                         Chapter 13
Kerry Green
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 22, 2018
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db        +Kerry Green,   MAILING ADDRESS,    3131 Knorr Street,    Philadelphia, PA 19149-2612
db        +Kerry Green,    4018 Parrish Street,    Philadelphia, PA 19104-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Kerry   Green brad@sadeklaw.com,  bradsadek@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
        YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
        Certificates Series 2004-R1 bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
        YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
        Certificates Series 2004-R1 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
        ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
|---|---|
| Kerry Green | : |
| | : Case No.: 17-13040 ELF |
| | : |
| Debtor(s) | : Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of ~~$1,500.00~~ $1,000.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in if 2.

**Dated:** 6/22/18

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE