UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kerry Green<br>  Debtor<br><br>Kerry Green,<br>  Movant(s)/Debtor,<br>v.<br><br>Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1,<br>  Respondent/Creditor | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-13040/ELF |

**RESPONSE OF NATIONSTAR MORTGAGE LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF NAAC REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2004-R1 TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1 ("Mr. Cooper" or Respondent"), by and through its counsel, Shapiro & DeNardo, LLC, hereby responds to Debtor's Motion for Authority to Sell Real Property Free and Clear of Liens and Encumbrances, and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Respondent is without sufficient information to admit or deny the averment.

5. Upon information and belief, the averment in Paragraph 5 is admitted. By way of further response, Exhibit "A" speaks for itself.

6. Upon information and belief, the averment in Paragraph 6 is admitted. By way of further response, Exhibit "A" speaks for itself.

7. Denied. Respondent is without sufficient information to admit or deny the averments.

8. Denied. By way of further response, Respondent is not opposed to the sale of the property located at 4018 Parrish Street, Philadelphia, PA 19146 (the "Property") so long as it is paid in full. As of the date of this filing, the approximate amount necessary to pay off the loan is $96,183.21. In the event the sale does not support satisfying the loan, Debtor would need to apply for a short sale which would be subject to approval. Upon request, Respondent shall provide an updated payoff at the time of closing.

9. Denied. Respondent is without sufficient information to admit or deny the averments.

10. Denied. Respondent is without sufficient information to admit or deny the averments.

WHEREFORE, Mr. Cooper respectfully requests that its secured claim be paid in full.

Respectfully submitted,

Dated: March 26, 2019

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:18-059237