# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kerry Green | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-13040 |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this  18th  day of   April   , 2019 upon consideration of the Motion of Kerry Green, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED that:

1. Pursuant to 11 U.S.C. §363(b), the Motion is **GRANTED**.

2. The sale of the real property known as and located at 4018 Parish Street, Philadelphia, PA 19104 to "K & A Development, LLC" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 4018 Parish Street, Philadelphia, PA 19104 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

5. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

6. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

7. All liens and encumbrances that must be satisfied to convey good title may be paid by the title clerk at the closing.

8. The title agent shall deliver all net proceeds to the Chapter 13 trustee.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**