United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13040-elf
Kerry Green                                                             Chapter 13
Kerry Green
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer           Page 1 of 1         Date Rcvd: Apr 18, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db              +Kerry Green,    4018 Parrish Street,    Philadelphia, PA 19104-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kerry Green | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-13040 |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this __18th__ day of __April__, 2019 upon consideration of the Motion of Kerry Green, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED that:

1. Pursuant to 11 U.S.C. §363(b), the Motion is **GRANTED**.

2. The sale of the real property known as and located at 4018 Parish Street, Philadelphia, PA 19104 to "K & A Development, LLC" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 4018 Parish Street, Philadelphia, PA 19104 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

5. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

6. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

7. All liens and encumbrances that must be satisfied to convey good title may be paid by the title clerk at the closing.

8. The title agent shall deliver all net proceeds to the Chapter 13 trustee.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**