# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kerry Green<br>　　　　　　　　Debtor<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1<br>　　　　　　v.<br>Kerry Green<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-13040 ELF |

## ORDER

AND NOW, this 29th day of July, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 5, 2018 it is **ORDERED** that:

The Automatic Stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4018 Parrish Street Philadelphia, PA 19146.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**