United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13040-elf
Kerry Green                                                           Chapter 13
Kerry Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jul 29, 2019
                              Form ID: pdf900          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db               +Kerry Green,   MAILING ADDRESS,   3131 Knorr Street,   Philadelphia, PA 19149-2612
db               +Kerry Green,   4018 Parrish Street,   Philadelphia, PA 19104-4836
cr               +Nationstar Mortgage LLC et al....,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: megan.harper@phila.gov Jul 30 2019 03:08:09     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 03:07:54
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2019 03:08:02     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr                E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 30 2019 03:07:14
                  Gateway One Lending & Finance, LLC,   160 N. Riverview Dr.,   Suite 100,   Anaheim, CA  92808
                                                                                      TOTAL: 4


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kerry Green

                Debtor

Chapter 13

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK as Trustee, in
trust for the registered holders of NAAC
Reperforming Loan REMIC Trust Certificates
Series 2004-R1

NO. 17-13040 ELF

                v.

Kerry Green

                and

William C. Miller Esq.

                Trustee

## ORDER

AND NOW, this 29th day of July , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 5, 2018 it is **ORDERED** that:

The Automatic Stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust Certificates Series 2004-R1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4018 Parrish Street Philadelphia, PA 19146.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**