```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

```
In re:                                                   Case No. 17-13040-elf
Kerry Green                                              Chapter 13
Kerry Green
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Mar 18, 2020
                            Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13909949        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 19 2020 04:20:29
                 Gateway One Lending & Finance,   160 N Riverview Dr Ste 100,   Anaheim, CA 92808
                                                                                               TOTAL: 1
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Kerry  Green brad@sadeklaw.com,
               bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee, in trust for the registered holders of NAAC Reperforming Loan REMIC Trust
               Certificates Series 2004-R1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13040-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kerry Green
4018 Parrish Street
Philadelphia PA 19104

Kerry Green
MAILING ADDRESS
3131 Knorr Street
Philadelphia PA 19149

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/17/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808

Name and Address of Transferee:

SantanderConsumerUSA Inc
successor in interest to Gateway,One Lending&Finance,LLC(Gateway)
P.O. Box 560284 Dallas, TX 75356

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/20/20

Tim McGrath
**CLERK OF THE COURT**